## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KIMIA GOUDEAUX,

        Plaintiff,

    v.

MIRAHIA WALKER and
MICHAEL T. NOVACK,

        Defendant.

C.A. No. N17C-09-033 MMJ

Jury Trial of 12 Demanded

## ORDER

**AND NOW**, this _22nd_ day of _Jun_, 2020, upon consideration of the Motion of Defendant Michael T. Novack for the Entry of Sanctions against Defendant Mirahia Walker, and any and all responses thereto, it is hereby **ORDERED** that said Motion is **GRANTED**. It is further **ORDERED** as follows:

- Defendant Walker shall produce complete responses to Defendant Novack's Interrogatories and Requests for Production (D.I. 37) no later than _8/31/20_;

- Defendant Walker shall appear for a deposition in this matter no later than _9/30/20_;

- Defendant Walker shall personally remit ~~ONE THOUSAND DOLLARS ($1,000.00)~~ $259.00 in sanctions for her failure on three separate occasions to attend her deposition; and

- Defendant Walker is hereby placed on notice that if she fails to fully and completely comply with this Order, a Rule to Show Cause as to why judgment should not be entered against her as a sanction for her noncompliance shall issue.

J. _____